# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NOS. 5:14-CV-168, 5:14-CV-174

| | | |
|---|---|---|
| In Re, | ) | Bankruptcy Case No. 12-51092 |
| | ) | Chapter 7 |
| DANIEL NEAL KRUMM AND | ) | |
| VELMA JEANETTE KRUMM | ) | |
| Debtors, | ) | |
| | ) | Adversary Proceeding No. 140512 |
| LIFESTORE BANK, | ) | |
| Plaintiff, | ) | **CONSOLIDATION ORDER** |
| vs. | ) | |
| BARRETT L. CRAWFORD, Chapter 7 Trustee for Daniel Neal Krumm and Velma Jeanette Krumm, | ) | |
| Defendant | ) | |

**BEFORE THE COURT** is its own motion to consolidate the Appeal (Doc. 1, 5:14-CV-168) and Cross-Appeal (Doc. 1, 5:14-CV-174) in the above-captioned cases. Both appeals

regard the same order issued by United States Bankruptcy Judge Beyer on September 11, 2014. The appeal and cross-appeal have created two separate cases in the cm/ecf system. In the interest of efficiency in management of these appeals[1], the Court **ORDERS** that the parties file under 5:14-CV-168.

**IT IS, THEREFORE, ORDERED THAT**

(1) The parties are directed to file all future documents under 5:14-CV-168; and

(2) The Clerk is directed to move all filings from 5:14-CV-174 to 5:14-CV-168.

Signed: October 31, 2014

Richard L. Voorhees
United States District Judge

---

[1] *See CWCapital Asset Management, LLC v. Burcam Capital II, LLC*, No., Nos. 5:13-CV-278-F, 5:13-CV-279-F, 2013 WL 3288092 at 1 n. 2 (E.D.N.C. June 28, 2013) (recognizing potential for confusion).